UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GALARZA, JANET LINA | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 14-10085-M |
| Debtor. | ) | Chapter 13 |

## WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM
## MIDFIRST BANK (Claim No. 11)

**COMES NOW** Debtor, Janet Lina Galaza, by and through her attorney Victor L. Hunt, who hereby withdraws her Objection to the Proof of Claim of MidFirst Bank Claim No. 11, filed 3-24-14, said Objection filed in the above entitled and numbered cause on 4-9-14, Docket # 27, and Counsel for Debtor would show as follows:

1. Debtor and Creditor have reached a settlement of the issues raised in Debtor's Objection.

2. Pursuant to the settlement, Creditor, MidFirst Bank, filed an amended Notice of Payment Change in this cause on 6-2-14.

3. Creditor, MidFirst Bank, has no objection to this withdrawal.

**WHEREFORE** the Debtor in this cause respectfully requests the Court approve the Withdrawal of her Objection to the Proof of Claim of MidFirst Bank, Claim No. 11.

/s/ Victor L. Hunt
Victor L. Hunt, OBA 11656
Legal Aid Services of Oklahoma, Inc.
907 S. Detroit Ave., Suite 725

1

        Tulsa, Ok. 74120
        (918) 584-3338
        Fax (918) 895-6119
        E-mail: victor.hunt@laok.org
        Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the day this pleading was filed a true and correct copy of the foregoing was mailed in the U.S. Mails by first class mail, postage prepaid or electronically transmitted to:

Served via the Court's CM/ECF System:

Office of the Chapter 13 Trustee: Lonnie D. Eck

Office of the United States Trustee

Robert J. Hauge for MidFirst

        /s/ Victor L. Hunt_____
        Victor L. Hunt, OBA 11656
        Legal Aid Services of Oklahoma, Inc.
        907 S. Detroit Ave., Ste. 725
        Tulsa, Ok. 74120
        (918) 584-3338
        Fax (918) 895-6119
        E-mail: victor.hunt@laok.org
        Attorney for Debtor